**JOSHUA J. JONES**
California Bar No. 259538
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Joshua_Jones@fd.org

Attorneys for Mr. Daniel Chovan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 10MJ1262-NLS |
| Plaintiff, | DATE: April 22, 2010<br>TIME: 3:00 P.M. |
| v. | |
| **DANIEL EDWARD CHOVAN**, | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | 1)  DENY THE GOVERNMENT'S MOTION TO DETAIN AND TO SET CONDITIONS OF RELEASE |

TO:  KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
     SABRINA FEVE, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 22, 2010, at 3:00 p.m., or as soon thereafter as counsel may be heard, defendant, Daniel Edward Chovan, by and through his attorneys, Joshua J. Jones and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

**<u>MOTIONS</u>**

Defendant, Daniel Edward Chovan, by and through his attorneys, Joshua J. Jones and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Deny the Government's Motion to Detain and Set Conditions of Relief;

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 21, 2010

*s/ Joshua J. Jones*
**JOSHUA J. JONES**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Chovan
Joshua_Jones@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>              Plaintiff,                             )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>**DANIEL EDWARD CHOVAN**,         )<br>                                                              )<br>              Defendant.                        )<br>_____) | Case No.  10MJ1262-NLS<br><br>**CERTIFICATE OF SERVICE** |

　　　　　Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

SABRINA FEVE, ASSISTANT UNITED STATES ATTORNEY

mailed to:    Mr. Chovan

Dated: April 21, 2010　　　　　　　　　　　　　　 */s/ Joshua J. Jones*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSHUA J. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel) (619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　 E-mail: Joshua_Jones@fd.org