PS 8B
(05/08)

April 26, 2010

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 APR 28 PM 3: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

## Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Daniel Edward Chovan Jr.                    **Dkt No.:** 10MJ1262-001

**Name of Judicial Officer:** The Honorable Nita L. Stormes, U.S. Magistrate Judge

**Date Conditions Were Ordered:** April 22, 2010, before the Honorable Nita L. Stormes, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; Surrender all weapons to ATF.

**Modification:** None

**Date Released on Bond:** April 22, 2010

**Charged Offense:** 18 U.S.C. 922(g)(9): Felon in Possession of Firearm

**Next Court Hearing:** Preliminary Hearing set for April 29, 2010, at 9:30 a.m. before your Honor.

**Asst. U.S. Atty.:** Tara McGrath                    **Defense Counsel:** Joshua J. Jones(Appointed)
                    (619) 557-6920                                        (619) 234-8467

**Prior Violation History:** None

PS 8B
(05/08)

**Name of Defendant:** Daniel Edward Chovan Jr.                              April 26, 2010
**Docket No.:** 10MJ1262-001                                                                      Page 2

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AND/OR TESTING, AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER, FOR DRUGS.

### CAUSE

The defendant was released from custody on April 22, 2010. On April 23, 2010, the defendant reported to Pretrial Services Office for his post release intake interview. During the interview, the defendant reported recent use of marijuana (within the last two weeks). The defendant also indicated using LSD and methamphetamine within the last two years. The defendant stated he was not opposed to drug testing as a condition of his release.

On April 26, 2010, Pretrial Services left a message with the defendant's attorney, Joshua J. Jones, and Assistant U.S. Attorney Tara McGrath to determine if they were opposed to adding drug testing as a condition of release, however, a return telephone call has not been received. Pretrial Services also spoke with the defendant's mother and father (sureties), who stated they understood the conditions of release and were not opposed to adding drug testing as a condition.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** _____

Respectfully submitted:                                    Reviewed and approved:

by   _____        _____
Josh Gravell                                                      Boris Ilic
United States Pretrial Services Officer              Supervising U.S. Pretrial Services Officer
Assistant
(619) 446-3744
Place: San Diego, California

PS 8B
(05/08)

**Name of Defendant:** Daniel Edward Chovan Jr.                                April 26, 2010

**Docket No.:** 10MJ1262-001                                                                    Page 3

---

**THE COURT ORDERS:**

_X_     **AGREE, THE DEFENDANT IS TO SUBMIT TO TREATMENT, AND/OR
          TESTING, AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER,
          FOR DRUGS.**

_____     Other _____

          _____

          _____

_____                    _4-27-10_____
The Honorable Nita L. Stormes                                             Date
U.S. Magistrate Judge