UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  10CR1805 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER REQUESTING** |
| v. | ) | **SUPPLEMENTAL BRIEFING** |
| DANIEL EDWARD CHOVAN | ) | |
| Defendant. | ) | |

On June 28, 2010, the United States Supreme Court issued its holding in McDonald v. Chicago, Ill., --- S.Ct.---, 2010 WL 2555188 (June 28, 2010), concerning whether a handgun regulation in the city of Chicago and Oak Park was constitutional under the Second Amendment right to bear arms. The government has filed a supplemental briefing addressing the case and its applicability to the instant case.

Accordingly, this Court deems it appropriate to allow Defendant the opportunity to also file a supplemental brief. Therefore, this Court **HEREBY ORDERS** that the Defendant may submit **no later than July 9, 2010**, a supplemental brief addressing the implications of McDonald v. Chicago, Ill., if Defendant so wishes, including any response to arguments presented in the government's supplemental brief.

DATED: July 1, 2010

_____
JOHN A. HOUSTON
United States District Judge

10CR1805 JAH