PS 8B
(05/08)

July 1, 2010

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 JUL -8 AM 11:31

Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Daniel Edward Chovan          **Dkt No.:** 10CR1805-JAH-001

**Name of Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Date Conditions Were Ordered:** April 22, 2010, before the Honorable Nita L. Stormes, U.S. Magistrate Judge

**Conditions of Release:** *Mandatory Conditions*: not commit a federal, state, or local crime during the period of release; make all court appearances. *Standard Conditions*: restrict travel to the Southern District of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending. *Additional Conditions*: actively seek and maintain full-time employment, schooling, or a combination of both; surrender all weapons in defendant's custody or control to Alcohol, Tobacco, Firearms (ATF).

**Modification:** On June 27, 2010, conditions were modified ordering the defendant to submit to treatment, and/or drug testing, as specified by the assigned Pretrial Services Officer.

**Date Released on Bond:** April 22, 2010

**Charged Offense:** 18 U.S.C. 922(g)(9)- Felon in Possession of Firearm

**Next Court Hearing:** July 17, 2010, at 10:30 a.m., for Motion Hearing, before your Honor.

**Asst. U.S. Atty.:** Caroline Han                    **Defense Counsel:** Joshua J. Jones (Appointed)
(619) 557-5220                                        (619) 234-8467

**Prior Violation History:** None

PS 8B
(05/08)

**Name of Defendant:** Daniel Edward Chovan  July 1, 2010
**Docket No.:** 10CR1805-JAH-001  Page 2

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT SUBMIT TO TREATMENT, AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER, FOR PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING.

### CAUSE

On June 28, 2010, the defendant's father (surety), Willard Pugh, personally reported to the Pretrial Services Office and advised the undersigned the defendant attempted suicide early that morning by ingesting a large amount of prescription pills. Mr. Pugh further advised the defendant was admitted into Sharp Grossmont Hospital and was being treated in the Emergency Room (ER). Mr. Pugh reported he observed no signs or symptoms of the defendant being depressed or suicidal prior to this incident. The undersigned verified the defendant's admittance into the ER at Sharp Grossmont Hospital on this date.

On June 29, 2010, the undersigned spoke with the defendant on the telephone and was advised he was discharged from the hospital the previous night with instructions to visit County Mental Health in order to receive appropriate anti-depressants. The defendant indicated he could not recollect anything regarding the incident, however, admitted to being depressed. The undersigned inquired the defendant's position regarding receiving mental health treatment. The defendant welcomed the idea of mental health counseling and further advised he does not oppose adding it as a condition of release.

On June 29, 2010, the undersigned spoke with Diane and Willard Pugh (sureties) regarding modifying the defendant's conditions of release to include mental health treatment. They related they are not opposed to this modification.

Our office contacted Defense Counsel, Joshua Jones, inquiring his position regarding the modification, and he related he is not opposed as long as the defendant is willing. The Assistant United States Attorney, Caroline Han, indicated she is not opposed to the proposed modification.

PS 8B
(05/08)

**Name of Defendant:** Daniel Edward Chovan  July 1, 2010
**Docket No.:** 10CR1805-JAH-001  Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 1, 2010_

Respectfully submitted:  Reviewed and approved:

by _[signature]_  _[signature]_
Rachel Suzuki  Moisés Santos
United States Pretrial Services Officer  Supervising U.S. Pretrial Services Officer
(619) 446-3745
Place: San Diego, California

**THE COURT ORDERS:**

__[✓]__ AGREE, ORDER THE DEFENDANT TO SUBMIT TO TREATMENT, AS SPECIFIED BY THE PRETRIAL SERVICES OFFICER, FOR PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING.

_____ Other _____

_[signature]_  _7-6-10_
The Honorable John A. Houston  Date
U.S. District Judge