1  **JOSHUA J. JONES**
   California Bar No. 259538
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Joshua_Jones@fd.org

5

6  Attorneys for Mr. Daniel Chovan

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA,      )   CASE NO.: 10CR1805-JAH
                                    )
12 |            Plaintiff,          )   DATE: June 21, 2010
                                    )   TIME: 10:30 a.m.
13 |                                )
   | v.                             )
14 |                                )   NOTICE OF MOTIONS AND MOTIONS TO:
                                    )
15 | **DANIEL EDWARD CHOVAN**,      )   1)   Grant Bail Pending Appeal
                                    )
16 |            Defendant.          )
   |_____)

17

18 TO:   LAURA DUFFY, UNITED STATES ATTORNEY, AND
         CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:
19

20     PLEASE TAKE NOTICE that on March 21, 2011, at 8:30 a.m., or as soon thereafter as counsel may

21 be heard, defendant, Daniel Edward Chovan, by and through his attorneys, Joshua J. Jones and Federal

22 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

23                                  **MOTIONS**

24     Defendant, Daniel Edward Chovan, by and through his attorneys, Joshua J. Jones and Federal

25 Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

26 of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

27     (1)   Grant Bail Pending Appeal

28

1    These motions are based upon the instant motions and notice of motions, the attached statement of
2 facts and memorandum of points and authorities, the files and records in the above-captioned matter, and
3 any and all other materials that may come to this Court's attention prior to or during the hearing of these
4 motions.

Respectfully submitted,

Dated: March 2, 2011

*s/ Joshua J. Jones*
**JOSHUA J. JONES**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Chovan
Joshua_Jones@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff, )<br>            )<br>v. )<br>            )<br>**DANIEL EDWARD CHOVAN**, )<br>            )<br>     Defendant. )<br>_____) | Case No. 10CR1805-JAH<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY

mailed to:    Mr. Chovan


Dated: March 2, 2011                              */s/ Joshua J. Jones*
                                                              JOSHUA J. JONES
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel) (619) 687-2666  (fax)
                                                              E-mail: Joshua_Jones@fd.org