# EXHIBIT 1

Entry Date: 01/11/2011 23:12

Subject: Chovan, Daniel Edward

Written by: Hake, Andrew

---

Log Entry:

(U) D. Ortiz, TSC Screener, ███████████████, provided the following information to the FBI's Terrorist Screening Operations Unit (TSOU):

(U) Jamie Rodriguez (Badge #6684), San Diego County Sheriff's Department (CA), ███████████████ advised of a NCIC hit on the following subject, who was encountered by for possible petty theft from a Salvation Army at 8823 Guyamaca St, Santee, CA 92071. The subject was not cited or arrested. Event# 58899579 or RMF#29183.

(U) Additional Information: The police were notified by Salvation Army employees that two customers, Mr. Chovan and his girlfriend Anna Mills (DOB not provided, SSN███████████), had stolen some clothing. The police arrived and the subject and accomplice remained in the store still shopping. The police were unable to proceed further because the crime had technically not yet been committed. The police told the individuals that if they displayed the stolen material they would get off with a warning.

(U) Biographical Information:
NAME: Daniel Edward Chovan Jr.
GENDER: Male
DOB: ███████
DLN: ███████
ADD: ███████
PHONE: ███████

(U) Vehicle Information:
MAKE: Buick
MODEL: Reagal
YEAR: 1993
COLOR: Maroon
TAG: ███████(CA)
VIN: ███████

(U) Database Checks:

1

(U) William Wilson (Badge #1225), La Mesa Police Department (CA), ████████ advised of a NCIC hit on the following subject, who was stopped but not cited for a seatbelt violation. Subject was issued a verbal warning and released.

(U) NOTE: The subject was traveling alone and stated the he was headed home. The subject also stated that he was a welder and works for Caroll Welding located in National City, California.

(U) HIT LOCATION: Palm St. and Allison Ave., La Mesa, CA 91941

(U) Biographical Information:
NAME: Daniel Edward Chovan Jr.
GENDER: Male
DOB: ████████
DLN: ████████(CA)
CELL: ████████
ADD: 20██████████

(U) Vehicle Information:
MAKE/MODEL: Buick Regal
YEAR: 1993
COLOR: Red
TAG: ████████(CA)
VIN: 1G████████
OWNER: Daniel Edward Chovan Jr.

(U) Database Checks:
████████
CA: Justin R Zuccolotto ████████
NCIC: T310842608, HC: 3
TIDE: Negative

(SBU) A review of ████████ indicates Subject allegedly is a former high ranking member of the Aryan Nations and the current leader of the National Socialist Movement in the San Diego area.

(U) ████████████████████████████████████████

(U) [13:12] TSOU contacted CA Zuccolotto, (bb)858-414-9516, and advised of the subject's encounter.

(U) TSOU emailed a copy of this log entry to CA Zuccolotto.

(U) Disposition complete. No further TSOU action required.

(SBU)

1