UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
|:---:|
| MAR 24 2011 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

  v.

DANIEL EDWARD CHOVAN,

         Defendant - Appellant.

No. 11-50107

D.C. No. 3:10-cr-01805-JAH-1
U.S. District Court for Southern
California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., April 12, 2011** | Transcript shall be ordered. |
| **Thu., May 12, 2011** | Transcript shall be filed by court reporter. |
| **Tue., June 21, 2011** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Thu., July 21, 2011** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Holly Crosby
Deputy Clerk