1

```
          UNITED STATES DISTRICT COURT

          SOUTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
          PLAINTIFF,         )    CASE NO. 10CR1805-JAH
                             )
VS.                          )    SAN DIEGO, CALIFORNIA
                             )
DANIEL EDWARD CHOVAN,        )    FRIDAY,
                             )    SEPTEMBER 10, 2010
          DEFENDANT.         )    11:40 A.M.
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MOTION HEARING

BEFORE THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

```
            CAMERON P. KIRCHER
         CSR NO. 9427, RPR, CRR, RMR
         880 FRONT STREET, ROOM 4290
         SAN DIEGO, CALIFORNIA  92101
            PHONE:  (619) 239-4588
         E-MAIL:  CPKIRCHER@GMAIL.COM
```

COMPUTER-AIDED TRANSCRIPTION

2

1   APPEARANCES:

2   FOR THE GOVERNMENT:        LAURA E. DUFFY, U.S. ATTORNEY
                               BY:  CAROLINE PINEDA HAN, ESQ.
3                              ASSISTANT U.S. ATTORNEY
                               880 FRONT STREET
4                              SAN DIEGO, CALIFORNIA  92101

5
    FOR THE DEFENDANT:         FEDERAL DEFENDERS OF SAN DIEGO
6                              ATTORNEYS AT LAW
                               BY:  JOSHUA J. JONES,, ESQ.
7                              225 BROADWAY STREET
                               SUITE 900
8                              SAN DIEGO, CALIFORNIA  92101

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER-AIDED TRANSCRIPTION

3

1       SAN DIEGO, CALIFORNIA – FRIDAY, SEPTEMBER 10, 2010
2                          11:40 A.M.
3            THE CLERK:  NO. 14 IS 10CR1805, THE UNITED STATES OF
4   AMERICA VERSUS DANIEL EDWARD CHOVAN.
5            MR. JONES:  GOOD MORNING, YOUR HONOR.  JOSHUA JONES,
6   FEDERAL DEFENDERS, ON BEHALF OF MR. CHOVAN, WHO IS PRESENT ON
7   BOND.
8            THE COURT:  GOOD MORNING.
9            GOOD MORNING, SIR.
10           THE DEFENDANT:  GOOD MORNING, YOUR HONOR.
11           MS. HAN:  GOOD MORNING, YOUR HONOR.  CAROLINE HAN ON
12  BEHALF OF THE UNITED STATES.
13           THE COURT:  GOOD MORNING.
14           WHERE ARE WE, COUNSEL?
15           MR. JONES:  YOUR HONOR, AT THIS POINT, WE'RE
16  PREPARED TO SET A TRIAL DATE ON THIS MATTER.
17           THE COURT:  OKAY.  MY NEXT TWO TRIAL DATES ARE --
18  WELL, THE FIRST ONE IS SEPTEMBER 21; TWO WEEKS.
19           MS. HAN:  YOUR HONOR, MR. JONES AND I HAVE HAD A
20  DISCUSSION ABOUT POSSIBLY RESOLVING THIS MATTER, AND SO I
21  THINK IF WE WENT OUT A COUPLE OF WEEKS BEYOND THAT, WE COULD
22  WORK THOSE ISSUES OUT; AND IF NOT, ADEQUATELY HAVE TIME TO
23  PREPARE FOR TRIAL.
24           MR. JONES:  THAT'S CERTAINLY AMENABLE FOR US AS
25  WELL.

4

1      THE COURT: IS A DISCOVERY MOTION STILL PENDING?
2      MR. JONES: IT IS, YOUR HONOR.
3      THE COURT: 7 DECEMBER.
4      MR. JONES: I'M SORRY?
5      THE COURT: 7 DECEMBER. DECEMBER 7TH, I'M SORRY.
6   DECEMBER 7TH, 9 O'CLOCK IN THE MORNING, JURY TRIAL.
7      THE DEFENDANT: THANK YOU, YOUR HONOR.
8      MS. HAN: YOUR HONOR, ONE ADDITIONAL MATTER. IN
9   READING THE COURT'S ORDER ON THE MOTION TO DISMISS THE
10  INDICTMENT, THE COURT DID NOTE SOME OF THE OBSERVATIONS THAT
11  WE HAD INCLUDED IN OUR MOTIONS REGARDING THE YOUTUBE VIDEOS.
12  HOWEVER, THEY WERE NOT SUBMITTED AS ANY EXHIBITS TO OUR
13  MOTION. HOWEVER, WE THINK THAT THERE WILL BE FUTURE
14  APPELLATE LITIGATION REGARDING THIS ISSUE, AND SO WITH THE
15  COURT'S PERMISSION, WE'D LIKE TO ADD THOSE IN AS EXHIBITS TO
16  OUR MOTIONS.
17     THE COURT: COUNSEL.
18     MR. JONES: I WOULDN'T HAVE ANY OBJECTION TO THEM
19  BEING MADE PART OF THE RECORD FOR PURPOSES OF APPEAL.
20     THE COURT: OKAY. I DID GO ONLINE. THERE WAS A
21  REFERENCE. I WENT ONLINE.
22     MS. HAN: OKAY.
23     THE COURT: THEY MAY BE MADE PART OF THE RECORD.
24     MS. HAN: THANK YOU, YOUR HONOR.
25     MR. JONES: THANK YOU, YOUR HONOR.

5

1       (PROCEEDINGS CONCLUDED AT 11:42 A.M.)

2                    --o0o--

3             C E R T I F I C A T I O N

4       I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
5   STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND
CORRECT TRANSCRIPT OF THE PROCEEDINGS HAD IN THE
6   AFOREMENTIONED CAUSE; THAT SAID TRANSCRIPT IS A TRUE AND
CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE
7   FORMAT USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS
OF THE UNITED STATES JUDICIAL CONFERENCE.
8
        DATED:  APRIL 4, 2011, AT SAN DIEGO, CALIFORNIA.
9
                        S/CAMERON P. KIRCHER
10                      CAMERON P. KIRCHER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER-AIDED TRANSCRIPTION