Case 3:10-cr-01805-JAH   Document 63   Filed 06/15/11   Page 1 of 1

# U.S. Department of Justice
## United States Marshals Service
### PROCESS RECEIPT AND RETURN

JD15

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 10cr1805-JAH |
| **DEFENDANT** DANIEL CHOVAN | **TYPE OF PROCESS** DISPOSITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FEDERAL BUREAU OF INVESTIGATION   ATTN: FORFEITURES

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
9797 AERO DRIVE, SAN DIEGO CA 92123

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Caroline P. Han, Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

FBI Case No. 266N-SD-71048; CATS ID 10-FBI-003788, 10-FBI-003789

Attached are copies of the Amended Order of Criminal Forfeiture, Motion/Declaration, as to the interest of Defendant DANIEL CHOVAN and any and all third parties in the asset in the above-referenced case. Please dispose of the forfeited properties according to the terms of the Amended Order and according to law.

Please refer to CATS prior to disposition to ensure that there is no sharing request or official use request pending.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Caroline P. Han / TLR*   CAROLINE P. HAN [AUSA]

TELEPHONE NUMBER: T. Rivera (619) 557-5125
DATE: June 7, 2011

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk *C Bauhr* | Date 6/8/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Anne Marie Raposa - Admin. Assistant

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/13/2011
Time: 0930 am

Signature of U.S. Marshal or Deputy #4941 DUSM Clesi

| Service Fee $55- | Total Mileage Charges (including endeavors) $11.73 | Forwarding Fee | Total Charges $66.73 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED   SEND ORIGINAL + 2 COPIES to USMS.   FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt