| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 19 2013<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>DANIEL EDWARD CHOVAN,<br><br>    Defendant - Appellant. | No. 11-50107<br><br>D.C. No. 3:10-cr-01805-JAH-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

Defendant-Appellant's motion to substitute counsel, filed November 14, 2013, is GRANTED. The docket shall reflect that Devin Burstein replaces Federal Defenders of San Diego, Inc., as counsel of record for Defendant-Appellant Daniel Edward Chovan.