**FILED**

UNITED STATES COURT OF APPEALS

NOV 21 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>DANIEL EDWARD CHOVAN,<br><br>　　　　Defendant - Appellant. | No. 11-50107<br><br>D.C. No. 3:10-cr-01805-JAH-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

　　　Defendant-Appellant's unopposed motion for an extension of time to file a Petition for Rehearing is GRANTED. Defendant-Appellant's Petition for Rehearing shall be filed no later than January 15, 2014.