**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 11-50107 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:10-cr-01805-JAH-1 Southern District of California, San Diego |
| v. | |
| DANIEL EDWARD CHOVAN, | ORDER |
| Defendant - Appellant. | |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

Appellant's motion to exceed the type-volume limitation for a petition for rehearing en banc is GRANTED.