FILED

APR 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>DANIEL EDWARD CHOVAN,<br><br>　　　　Defendant - Appellant. | No. 11-50107<br><br>D.C. No. 3:10-cr-01805-JAH-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

　　　The panel has voted to deny the petition for rehearing and the petition for rehearing en banc.

　　　The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

　　　The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED. No further petitions will be entertained.